[No. 20882-6-III.   Division Three.   January 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN P. PEART, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00365-1, Kenneth L. Jorgensen, J., entered January 8, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21076-6-III.   Division Three.   January 14, 2003.]

*In the Matter of the Personal Restraint of* THOMAS ANTHONY DIBARTOLO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20329-8-III.   Division Three.   January 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL M. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-1-00122-2, Lesley A. Allan, J., entered June 25, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20500-2-III.   Division Three.   January 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE LEMBCKE, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00001-7, Larry M. Kristianson, J., entered August 27, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.